# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

March 12, 2021

Clerk
United States Court of Appeals
  for the Ninth Circuit
95 Seventh Street (Zip: 94103-1526)
P. O. Box 193939
San Francisco, CA 94119-3939

      **Re: Wendy Gish, et al.**
          **v. Gavin Newsom, Governor of California, et al.,**
          **No. 20A120 (Your docket Nos. 20-55445, 20-56324)**

Dear Clerk:

      Attached please find a certified copy of the judgment of this Court in the above-entitled case.

                                          Sincerely,

                                          SCOTT S. HARRIS, Clerk

                                          By *(signature)*

                                          Hervé Bocage
                                          Judgments/Mandates Clerk

Enc.
cc:    All counsel of record

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

March 12, 2021

Mr. Ronald David Coleman, Esq.
Dhillon Law Group, Inc.
8 Hillside Avenue, Suite #103
Montclair, New Jersey 07042

    Re:  Wendy Gish, et al.
         v. Gavin Newsom, Governor of California, et al.,
         No. 20A120

Dear Mr. Coleman:

    Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the Ninth Circuit.

    Sincerely,

    SCOTT S. HARRIS, Clerk

    By *[signature]*
    Herve' Bocage
    Judgments/Mandates Clerk

cc:  All counsel of record
    Clerk, USCA 9th Cir.
      (Your docket Nos. 20-55445, 20-56324)

# Supreme Court of the United States

No. 20A120

**WENDY GISH, ET AL.,**

Applicants

v.

**GAVIN NEWSOM, GOVERNOR OF CALIFORNIA, ET AL.**

**ON PETITION FOR WRIT OF CERTIORARI** to the United States Court of Appeals for the Ninth Circuit.

**THIS CAUSE** having been submitted on the petition for writ of certiorari and the response thereto.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the petition for writ of certiorari is granted. The December 11, 2020 order of the United States District Court for the Central District of California is vacated, and the case is remanded to the United States Court of Appeals for the Ninth Circuit with instructions to remand to the District Court for further consideration in light of *South Bay United Pentecostal Church v. Newsom,* 592 U. S. ___ (2021).

February 8, 2021

A True copy SCOTT S. HARRIS
Clerk of the Supreme Court of the United States